Smalls v Kirby (2025 NY Slip Op 50766(U))

[*1]

Smalls v Kirby

2025 NY Slip Op 50766(U) [85 Misc 3d 143(A)]

Decided on May 15, 2025

Appellate Term, First Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on May 15, 2025
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Hagler, P.J., Tisch, James, JJ.

570216/25

Henry P. Smalls,
Plaintiff-Appellant,
against
J. Scott Kirby,
Defendant-Respondent.

Plaintiff appeals from a judgment of the Civil Court of the City of New York, Bronx
County (Verena C. Powell, J.), entered on December 4, 2023, after an inquest, in favor of
defendant dismissing the action.

Per Curiam.
Judgment (Verena C. Powell, J.), entered on or about December 4, 2023, affirmed,
without costs.
We sustain the dismissal of this action, albeit for reasons different than those stated
by Civil Court. The underlying action, based upon allegations that plaintiff were
wrongfully bumped from a United Airlines flight, is properly dismissed on the ground
that the sole defendant, J. Scott Kirby, sued in an individual capacity, is not a proper
party defendant to this action (see Anderson v Woods, 136 NY Supp 2d 721
[App Term, 1st Dept 1954]). Plaintiff's remedies, if any, are more properly sought
against nonparty United Airlines.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: May 15, 2025